IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 99.112.16.28

**ISP:** AT&T U-verse
**Physical Location:** Katy, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 05/05/2019 00:27:11 | 3293EB94AE1D6AEAB4FE284B32A5BFD8E953F6A8 | Caught Her By the Tail |
| 10/25/2018 03:17:28 | 0F30BF36DF69D3A348B65B8CEA41B07267DB49B0 | 18 Year Old Models First Time Threesome |
| 10/25/2018 03:17:06 | 630FD1ECD369ECDE0ED61838DADC114529B7DA78 | Sexy Surfing Lessons |
| 10/25/2018 03:16:24 | FA8C350CF8427AFC42F92B559A99B1BABAB0F6AE | Hot Fucking with Sexy Sybil and Jake |
| 08/17/2018 06:46:42 | AAC8B3DE00CA39B816E66C843304FCD30B02945B | Young 18 Year Old Couple in Hot Summer Sex |
| 08/17/2018 06:33:43 | CB77E43971A3AD7F4E82151E70B8A2AB98B9660B | Hot Office Sex |
| 07/16/2018 06:56:48 | EEE6563D2B14E81C5D31D56AF1AEE139B8D3DA4B | Summertime Sex |
| 06/04/2018 04:13:21 | 745BF5D9F8AFF72AF8A05286AF92D06D781BFB5D | My Sweet Surrender |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

STX290