United States District Court
Southern District of Texas
**ENTERED**
October 01, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 4:19-cv-02051 |
| v. | ) |
| JOHN DOE subscriber assigned IP address 99.112.16.28, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with the plaintiff's Notice of Dismissal With Prejudice, (Docket Entry No. 18), this action is dismissed with prejudice.

SIGNED on the 1st day of October, 2019.

_Lee H. Rosenthal_
**Lee H. Rosenthal**
**UNITED STATES DISTRICT JUDGE**

1